| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | PHILLIP PALACIO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:18-mj-00003-MJS |
|---|---|---|
| Plaintiff, | ) | **REQUEST FOR RULE 43 WAIVER FOR INITIAL APPEARANCE; ORDER** |
| vs. | ) | |
| | ) | Hon. Michael J. Seng |
| PHILLIP PALACIO, | ) | Date: January 24, 2018 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Phillip Palacio, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for his initial appearance at the January 24, 2018 hearing and that he be allowed to appear by video from the United States District Court in Pensacola, Florida. The Government has no objection to this request. This Court, pursuant to Rule 43(b)(2), has the authority to allow Mr. Palacio to appear by video for his initial appearance.

Mr. Palacio recently moved to Destin, Florida, and it would be a financial hardship for him to appear in Yosemite on January 24, 2018. Accordingly, Mr. Palacio respectfully requests that the Court grant a waiver of his right to be personally present and that he be permitted to appear via video from the United States District Court in Pensacola, Florida, for purposes of the initial appearance.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 17, 2018

*/s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
PHILLIP PALACIO

**O R D E R**

**GOOD CAUSE APPEARING**, defendant's request for waiver of personal appearance and to appear via video at the January 24, 2018 initial appearance in Case No. 6:18-mj-00003-MJS, is hereby accepted and adopted as the order of this Court provided that Defendant make suitable and timely arrangements to appear by video from the United States District Court in Pensacola, Florida AND SUBMIT A FULLY EXECUTED WRITTEN PLEA GREEMENT AT LEAST 48 HOIURS BEFORE THE HEARING.

IT IS SO ORDERED.

Dated: January 17, 2018       /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE