HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
PHILLIP LEE PALACIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:18-mj-00003 |
|---|---|
| Plaintiff, | **MOTION TO RESET HEARING FOR MAY 15, 2018 AND REQUEST FOR RULE 43 WAIVER FOR PLEA AND SENTENCING** |
| vs. | |
| PHILLIP LEE PALACIO, | Hon. Jeremy Peterson |
| Defendant. | Date: May 15, 2018<br>Time: 10:00 a.m. |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Phillip Palacio, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for plea and sentencing and that he be permitted to appear by video from the United States District Courthouse in Reno, Nevada. Additionally, Mr. Palacio requests that his hearing is advanced to May 15, 2018 at 10:00 a.m. The Government has no objection to these requests. This Court, pursuant to Rule 43(b)(2), has the authority to allow Mr. Palacio to appear by video for plea and sentencing.

Mr. Palacio has recently moved back home to Reno, Nevada. Returning to Yosemite for plea and sentencing would cost him several hundred dollars, which he cannot spare as he is unemployed. Nonetheless, the parties have reached a resolution in this case, and Mr. Palacio is prepared to change his plea and proceed to sentencing. Accordingly, Mr. Palacio respectfully requests that the Court grant a waiver of his right to be personally present and that he be permitted to appear via video from the United States District Courthouse in Reno, Nevada for

purposes of plea and sentencing and that his hearing date be advanced to May 15, 2018 at 10:00 a.m.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 24, 2018
/s/ Hope Alley
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
PHILLIP LEE PALACIO

# **O R D E R**

**GOOD CAUSE APPEARING**, Defendant's request for waiver of personal appearance and to appear via video in Case No. 6:18-mj-00003, is hereby accepted and adopted as the order of this Court provided that Defendant make suitable and timely arrangements to appear by video from the United States District Court in Reno, Nevada. Furthermore, Defendant's request to advance his court date to May 15, 2018 is granted.

IT IS SO ORDERED.

Dated: **April 24, 2018**

UNITED STATES MAGISTRATE JUDGE